**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**Jacques Destin**

v. Case No. 26-cv-00918-PB-TSM

**ICE Boston Field Office, Director, et al.**

# ORDER

Jacques Destin filed the instant petition for a writ of habeas corpus on October 22, 2026. Doc. 1. This Court subsequently ordered the government to show cause why I should not grant Destin's petition to the extent of affording him a bond hearing under 8 U.S.C. § 1226(a), based both on the First Circuit's reasoning in Guerrero Orellana v. Moniz and his similarity to the petitioner granted such relief on procedural due process grounds in Destino v. FCI Berlin, Warden. Doc. 4 (citing 2026 WL 2352042 (1st Cir. Aug. 13, 2026) and 2025 DNH 149, 2025 WL 4010424 (D.N.H. Dec. 24, 2025)).

The government has filed a response to my order in which it concedes that Destin would receive the same result as the petitioner in Destino were that case's reasoning applied here. See Doc. 8. While the government gestures to certain arguments related to that authority—which it remains free to invoke in future cases notwithstanding the result of this case—it has

not substantively developed those arguments here and thus has not shown cause for Destin's continued detention without a bond hearing.

Accordingly, because I agree with the Court's reasoning in Destino, the government is hereby ordered to afford Destin a bond hearing under 8 U.S.C. § 1226(a) as soon as practicable. If the government fails to comply, I will grant the writ and set appropriate terms and conditions for Destin's release during the pendency of his removal proceedings myself.

The government shall file a status report within fourteen days.

SO ORDERED.

/s/ Paul Barbadoro
Paul J. Barbadoro
United States District Judge

October 28, 2026

cc: Counsel of Record